IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) BRAULIO AGOSTO-VEGA**<br>(Counts One, Two, Three and Four)<br>2) JUAN AGOSTO-VEGA<br>(Counts One, Two, Three and Four)<br>3) BRAULIO AGOSTO MOTORS, INC.<br>(Counts Two and Three)<br>Defendants | CRIMINAL 05-0157CCC |

# O R D E R

Having considered the Report and Recommendation filed on March 23, 2007 **(docket entry 104)** on a Rule 11 proceeding of co-defendant Braulio Agosto-Vega held before Magistrate Judge Bruce J. McGiverin on March 23, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Braulio Agosto-Vega is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 23, 2006. The **sentencing hearing is set for June 28, 2007 at 4:15 PM.**
SO ORDERED.

At San Juan, Puerto Rico, on April 9, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge